SEP 15 2026 PM4:11
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 2:26-CR--260-KCD-NPM

JACOB LLOYD LASHBROOK

18 U.S.C. § 115(a)(1)(B)
(Influencing, Impeding, or Retaliating Against a Federal Official by Threat)
18 U.S.C. § 115(a)(1)(A)
(Influencing, Impeding, or Retaliating Against a Federal Official by Threat to Family Members)
18 U.S.C. § 875(c)
(Interstate Communication of a Threat to Injure)

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**
**(Influencing, Impeding, or Retaliating Against a Federal Official by Threat)**

On or about July 2, 2026, in the Middle District of Florida, and elsewhere, the defendant,

JACOB LLOYD LASHBROOK,

did threaten to assault and murder U.S. CONGRESSMEMBER 1, a Member of the United States House of Representatives, with the intent to impede, intimidate, and interfere with U.S. CONGRESSMEMBER 1 while engaged in the performance of his official duties and with the intent to retaliate against U.S. CONGRESSMEMBER 1 on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(l)(B).

**COUNT TWO**
**(Influencing, Impeding, or Retaliating Against a Federal Official by Threat to Family Members)**

On or about July 2, 2026, in the Middle District of Florida, and elsewhere, the defendant,

JACOB LLOYD LASHBROOK,

did threaten to assault members of the immediate family of U.S. CONGRESSMEMBER 1, a Member of the United States House of Representatives, with the intent to impede, intimidate, and interfere with U.S. CONGRESSMEMBER 1 while engaged in the performance of his official duties and with the intent to retaliate against U.S. CONGRESSMEMBER 1 on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(l)(A).

**COUNT THREE**
**(Interstate Communication of a Threat to Injure)**

On or about July 2, 2026, in the Middle District of Florida, and elsewhere, the defendant,

JACOB LLOYD LASHBROOK,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, U.S. CONGRESSMEMBER 1, and members of his family and staff, including "When the revolution starts, I'm gonna put that motherfucker [U.S. CONGRESSMEMBER 1] on his knees and I'm gonna fucking kill him. I'm gonna fucking hang all of you traitors. You people deserve

nothing less than a motherfucking firing squad. You fucking pieces of shit. Fuck all of you. We're going to fucking destroy you. I hope that this fucking country starts a revolution. I'm going to take that motherfucker and his fucking family and I'm going to burn them. You fucking pieces of shit, motherfuck you," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

**FORFEITURE**

1. The allegations contained in Count One, Two, and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 115(a)(l)(B), 18 U.S.C. § 115(a)(l)(A) and 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

GREGORY W. KEHOE
United States Attorney

By: ______________________
Joseph Wheeler, III
Special Assistant United States Attorney

By: ______________________
Michael Sinacore
Assistant United States Attorney
Chief, Special Prosecutions Section

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JACOB LASHBROOK

# INDICTMENT

Violations: 18 U.S.C. § 115(a)(1)(B), 18 U.S.C. § 115(a)(1)(A) and 18 U.S.C. § 875(c)

A true bill,

[redacted]

Filed in open court this 15th day

of September 2026.

Amanda Craig

Amanda Craig Clerk

Bail $________________