FILED - USDC - FLMD - FTM
SEP 22 2026 AM10:37

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
JACOB LLOYD LASHBROOK

Defendant

Case No. 2:26-CR-260-KCD-NPM

## ARREST WARRANT

SEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JACOB LLOYD LASHBROOK,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Influencing, Impeding, or Retaliating Against a Federal Official, in violation of 18 U.S.C. § 115(a)(1)(B); Influencing, Impeding, or Retaliating Against a Federal Official by Threat to Family Members, in violation of 18 U.S.C. § 115(a)(1)(A); and Interstate Transmission of a Threat to Injure, in violation of 18 U.S.C. § 875(c)

Date: 09/15/2026

A Waddell. ANGEL WADDELL
*Issuing officer's signature*

City and state:

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/16/26, and the person was arrested on *(date)* 9/22/26
at *(city and state)* Ft. Myers, FL.

Date: Sept. 22, 2026

*Arresting officer's signature*

SA Guillermo A. Torres
*Printed name and title*